—0—

FILED
CLERK, U.S. DISTRICT COURT

NOV 19 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:01-CR-674-SVW |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
|  | ) Allegations of Violations of Probation |
| Eddie Chatman | ) Supervised Release) |
|  | ) Conditions of Release) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) ⌫ the appearance of defendant as required; and/or

(B) ⌫ the safety of any person or the community.

//

//

The court concludes:

A. [X]   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will obey conditions and/or not commit another crime; Defendant was cited for DUI on July 13, 2008.

(B) [X]   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

that he will obey conditions; also he failed to appear for his last hearing; no available bail resources.

IT IS ORDERED that defendant be detained.

DATED: 11/19/09

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2